UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

STEPHEN E. GIBSON,
            *Plaintiff-Appellant,*

v.

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,
            *Defendant-Appellee.*

No. 02-1566

Appeal from the United States District Court
for the Western District of Virginia, at Abingdon.
James P. Jones, District Judge.
(CA-01-101-1)

Submitted: October 18, 2002

Decided: November 18, 2002

Before LUTTIG, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

## COUNSEL

Deborah K. Garton, HENSLEY, MUTH, GARTON & HAYES,
Bluefield, West Virginia, for Appellant. James A. Winn, Regional
Chief Counsel, Region III, Patricia M. Smith, Deputy Chief Counsel,
Shawn C. Carver, Assistant Regional Counsel, Office of the General
Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia,
Pennsylvania; John L. Brownlee, United States Attorney, Sara B.
Winn, Assistant United States Attorney, UNITED STATES ATTOR-
NEY'S OFFICE, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

## OPINION

PER CURIAM:

Stephen E. Gibson appeals the district court's order affirming the Commissioner's denial of social security disability and supplemental security income benefits. We have reviewed the record and the district court's opinion and find no reversible error.

We must uphold the district court's disability determination if it is supported by substantial evidence. 42 U.S.C. § 405(g) (2000); *Hays v. Sullivan*, 907 F.2d 1453, 1456 (4th Cir. 1990). Contrary to Gibson's argument, the ALJ properly credited the opinions of non-examining physicians over that of his treating physician in this case, as the latter's opinion is unsupported by the clinical evidence and is inconsistent with other substantial evidence. 20 C.F.R. §§ 404.1567(d)(2), 416.967(d)(2) (2000); *Craig v. Chater*, 76 F.3d 585, 590 (4th Cir. 1996). Moreover, while we agree with the district court that Gibson's new evidence would not have affected the ALJ's decision, inasmuch as it lacked objective support, we note that because the evidence did not relate to the period preceding the ALJ's decision, Gibson is not entitled to have the evidence considered. *See Wilkins v. Secretary of Dep't of Health & Human Servs.*, 953 F.2d 93, 96 (4th Cir. 1991). Accordingly, we affirm on the reasoning of the district court. *See Gibson v. Barnhart*, No. CA-01-101-1 (W.D. Va. Apr. 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*